George W. WETHERBEE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Mrs. George W. WETHERBEE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Mrs. Abel BLISS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 6223, 6224, 6226.

Circuit Court of Appeals, Fifth Circuit.

April 20, 1932.

S. L. Herold and S. P. Cousin, both of Shreveport, La., for petitioners.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Shelby S. Faulkner, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

Pursuant to stipulation entered into by the parties to the above numbered and entitled causes, the petitions for review therein are granted, and said causes are remanded to the United States Board of Tax Appeals for further proceedings not inconsistent with the opinion rendered by this court in case numbered 6225 on the docket of this court wherein Abel Bliss is the petitioner and the Commissioner of Internal Revenue is the respondent, 57 F.(2d) 984.